

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-11-2005

# USA v. Harrison

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-4030

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Harrison" (2005). *2005 Decisions.* Paper 1219.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1219

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 02-4030
_____

UNITED STATES OF AMERICA,

v.

MICHAEL HENRY HARRISON,
a/k/a Emmanuel Henry Harrison, III

Michael Henry Harrison,

Appellant

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

(D.C. No. 01-cr-00025-1E)
District Judge:
The Honorable Maurice B. Cohill, Jr.

_____

ARGUED September 3, 2003

DECIDED February 6, 2004

ON REMAND from the Supreme Court of the United States
January 24, 2005

BEFORE: SLOVITER, NYGAARD, and ROTH, Circuit Judges.

(Filed May 11, 2005)

_____

Renee Pietropaolo, Esq. (Argued)
Karen S. Gerlach, Esq.
Office of Federal Public Defender
1001 Liberty Avenue
1450 Liberty Center
Pittsburgh, PA 15222
     Counsel for Appellant


Paul M. Thompson, Esq. (Argued)
Bonnie R. Schlueter, Esq.
Office of United States Attorney
700 Grant Street , Suite 400
Pittsburgh, PA 15219
     Counsel for Appellee

_____

OPINION OF THE COURT

_____

NYGAARD, <u>Circuit</u> <u>Judge</u>.

This matter is before us on remand by the United States Supreme Court. By opinion filed February 6, 2004, we affirmed the District Court's judgment of conviction and sentence. On January 24, 2005, the Supreme Court granted the motion of Petitioner Michael Henry Harrison for leave to proceed in forma pauperis and granted his petition for writ of certiorari. The Court vacated the judgment of this Court and remanded for further consideration in light of *United States v. Booker*, 543 U.S. ___, 125 S. Ct. 738 (2005).

Because Harrison pleaded guilty, the sole issue he raised in his original appeal concerns the validity of the sixty-three month sentence imposed by the District Court for trafficking child pornography. Now, Harrison requests that we remand the matter to the

2

District Court for resentencing in light of *Booker*. Having determined that the sentencing issues Harrison raises are best determined by the District Court in the first instance, we will vacate that portion of our judgment that affirmed the judgment of sentence and remand to the District Court for reconsideration and, if that court deems it appropriate, for resentencing in accordance with *Booker*.

For the foregoing reasons, we will affirm the conviction, vacate the sentence and remand to the District Court for resentencing.